**Order entered June 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

The Court **REINSTATES** the appeal.

On May 29, 2013, the Court granted the motion of Tonda Curry to withdraw as appellant's attorney and ordered the trial court to make findings regarding whether appellant desires to be represented by counsel and whether she is entitled to appointed counsel. In response to her motions regarding obtaining a free record, we sent appellant a letter directing her to bring that issue to the trial court's attention during the hearing regarding counsel. We have received the reporter's record of the trial court's June 10, 2013 hearing. We **ADOPT** the trial court's finding that based on the contents of her affidavit of indigence, appellant is not indigent.

We **DENY** appellant's June 3, 2013 motion for court-appointed counsel. We **ORDER** appellant to notify the Court, within **THIRTY DAYS** of the date of this order, of the name, State

Bar number, address, and telephone number of retained counsel. If we do not receive the information within the time specified, we will presume appellant is representing herself in the appeal.

We **DENY** appellant's June 3, 2013 motion for a free record. We note a three-volume clerk's record and we have received a partial reporter's record from a February 20, 2013 "hearing regarding defendant's expert, Michael Kramer, M.D" have been filed.

We **ORDER** court reporter Jennifer Corley to file, within **THIRTY DAYS** of the date of this order, either: (1) the complete reporter's record; (2) written verification that appellant did not request an additional part of the record; or (3) written verification that appellant has not paid for any additional part of the reporter's record. *We notify appellant that if we receive verification of no request or no payment, we will order the appeal submitted based on the record already filed, alone. See* TEX. R. APP. P. 37.3(c).

We **DENY** appellant's June 3, 2013 "first motion to lower the bond" and "motion to extend time to file the appeal bond." Those motions should be filed in the trial court. *See* TEX. CODE CRIM. P. ANN. art. 44.04(d).

We **DENY** as moot appellant's June 6, 2013 motion for an extension of time to file an affidavit of indigence.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Jennifer Corley, Official Court Reporter, County Court at Law No. 6;
- Janine Joyce Charboneau, at chivet7@yahoo.com; and
- John Rolater, Collin County District Attorney's Office.

/s/ DAVID EVANS
JUSTICE